IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FLORENCE MUSSAT, M.D., S.C., an Illinois Corporation, individually and on behalf of a class, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| MCVEY ASSOCIATES, INC., | ) ) |
| Defendants. | ) |

**COMPLAINT-CLASS ACTION**

1. Plaintiff Florence Mussat, M.D., S.C., an Illinois Corporation, brings this action to secure monetary and injunctive redress for the illegal actions of Insurance McVey Associates, Inc. in faxing an unsolicited advertisement in the form of <u>Exhibit A</u> in violation of the Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA").

2. This Court has jurisdiction under 28 U.S.C. § 1331 (Federal Question) and 47 U.S.C. § 227 ("TCPA"). *Mims v. Arrow Financial Services, LLC*, 132 S.Ct. 740 (2012); *Brill v. Countrywide Home Loans, Inc.,* 427 F.3d 446 (7th Cir. 2005).

3. Venue and personal jurisdiction in this District are proper because Defendant committed tortious acts in Illinois by the transmission of <u>Exhibit A</u> to Plaintiff.

4. Plaintiff Florence Mussat, M.D., S.C. received the unsolicited fax advertisement attached as <u>Exhibit A</u> on its facsimile machine.

5. Defendant is responsible for causing to be sent and/or the sending of the fax attached hereto as <u>Exhibit A</u>.

6. Defendant is the entity whose products or services were advertised in the fax

advertisement attached as Exhibit A.

7. The products or services depicted in Exhibit A must be paid for, they are not free.

8. The subject form fax, Exhibit A, is an advertisement requesting Plaintiff to contact Defendant's business.

9. Plaintiff had no prior relationship with Defendant and had not authorized the sending of the fax advertisement, Exhibit A

10. The TCPA makes unlawful the "use of any telephone facsimile machine, computer or other device to send an unsolicited advertisement to a telephone facsimile machine . . . ." 47 U.S.C. §227(b)(1)(C).

11. Plaintiff's and each class member's right of privacy was invaded.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and the class and against Defendant for:

    a. Damages allowed under the TCPA;

    b. Injunctive relief; and

    c. Costs.

Respectfully submitted,

s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
350 S. Northwest HWY Ste. 300
Park Ridge, IL 60068
(847) 701-5290 (TEL)
cwarner@warnerlawllc.com

**DOCUMENT PRESERVATION REQUESTS**

PLEASE TAKE NOTICE that Defendants are requested to preserve all documents that relate to the identity of any potential putative class members going back four years from the filing of this complaint, including all fax logs, fax numbers, address and names. Defendant is requested to preserve any and all documents which show any expressed prior consent to receive faxes in the form of <u>Exhibit A</u>. Defendants are requested to preserve any and all documents which show any established business relationship with any potential putative class members.

>	Respectfully submitted,

>	<u>s/ Curtis C. Warner</u>
>		Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
350 S. Northwest HWY Ste. 300
Park Ridge, IL 60068
(847) 701-5290 (TEL)
cwarner@warnerlawllc.com

# EXHIBIT A



This entire information packed day is designed for you by an expert consultant to Healthcare.

## ICD-9 & 10 ■ CPT ■ HCPCS
## Collections & Reimbursement


Collections

# GET PAID NOW!
## Maximizing Practice Revenues - in the face of Healthcare Reform & Transition


Reimbursements

### Two Dynamic, Content Rich Selections

**Section 1: Collect from Insurance Companies!**

✔ Learn how the ACA will impact patient responsibilities; deductibles and co-payments.

✔ Learn how ICD-10 transition will impact insurance payments, productivity & revenue.

✔ Learn best practices for "Turning the Tables on the Insurance Companies."

✔ Learn best practices for optimizing denial management with standardized workflow & forms.

✔ You will receive the most effective, powerful appeal letters for reversing stalled, denied and reduced claim payments.

✔ Learn How and Why you should start Recording Insurance Company Telephone Calls.

✔ Learn best practices for Billing preventative & diagnostic services.

✔ Learn what to say when the insurer tells you "we've never received your claim".


Collections


Reimbursements


Collections

**McVey**
Associates, Inc.

800-227-7888

29th Year

| Wednesday, December 17, 2014 | Thursday, December 18, 2014 |
|---|---|
| Phoenix, Arizona | Las Vegas, Nevada |
| Doubletree Suites by Hilton | Embassy Suites Hotel |
| 320 N. 44th Street | 4315 Swenson Street |
| (Phoenix, AZ 85009) | (Las Vegas, NV 89119) |
| ◆ | ◆ |
| Wednesday, January 14, 2015 | Thursday, January 15, 2015 |
| Tampa, Florida | Atlanta, Georgia |
| Marriott Westshore Hotel | Hilton Airport Hotel |
| 1001 N. Westshore Blvd. | 1031 Virginia Avenue |
| (Tampa, FL 33607) | (Atlanta, GA 30354) |

**Times: 9:00 am - 12:00 pm**

(Should you wish to be removed from our customer based broadcast fax list please call (800) 227-7888, or fax (415) 892-1271, or e-mail marketing@mcveyseminars.com)