# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| FLORENCE MUSSAT, M.D., S.C., ) | |
| ) | 15-cv-7406 |
| Plaintiff, ) | |
| ) | Hon. Manish S. Shah |
| v. ) | |
| ) | |
| MCVEY ASSOCIATES, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE VOLUNTARY OF DISMISSAL

NOW COME Plaintiff Florence Mussat, M.D. S.C., by and through its undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) dismisses with prejudice Plaintiff's claims only, and dismisses without prejudice the claims of the putative class members.

Respectfully submitted,

/s/ Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
350 S. Northwest HWY, Ste. 300
Park Ridge, IL 60068
(847) 701-5290 (TEL)
cwarner@warnerlawllc.com