**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Florence Mussat, M.D., S.C.
          Plaintiff,

v.                Case No.: 1:15−cv−07406
                Honorable Manish S. Shah

McVey Assocaites, Inc.
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 30, 2015:

  MINUTE entry before the Honorable Manish S. Shah: Pursuant to plaintiff's notice of voluntary dismissal [9], plaintiff" claims are dismissed with prejudice, and the claims of putative class members are dismissed without prejudice. Terminate civil case. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.